UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

In Re:

Case No.: _____

Chapter: _____

Hearing Date: _____

Judge: _____

## APPLICATION FOR ORDER SHORTENING TIME

The applicant _____, on behalf of _____ requests that the time period to/for _____ as required by _____ be shortened pursuant to Fed. R. Bankr. P 9006(c)(1), for the reason(s) set forth below:

1. A shortened time hearing is requested because:

2. State the hearing dates requested:

3. Reduction of the time period is not prohibited under Fed. R. Bankr. P 9006(c)(1).

The applicant requests entry of the proposed order shortening time.

Date: _____      _____
                                Signature

*rev.8/1/15*