UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Yan Rudikh, Eqs.
Rudikh and Associates, LLC
223 Route 18 South
Suite 204
East Brunswick, New Jersey 08816
732-659-6961
732-520-6422

Order Filed on February 26, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Dawan Harley

Case No.: 17-35913

Chapter: 13

Judge: Christine M. Gravelle

# ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: February 26, 2019**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

After review of the application of _____Yan Rudikh, Esq._____ for the reduction of time for a hearing on __Motion to Sell Real Property_____

_____under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on _____March 6, 2019_____ at _9:00 a.m._ in the United States Bankruptcy Court, _____402 East State Street, Trenton NJ 08608_____, Courtroom No. __3__.

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties: _All Creditors and trustee_____

_____

by ☒ each, ☐ any of the following methods selected by the Court:

☐ fax, ☒ overnight mail, ☐ regular mail, ☒ email, ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties:

_____

_____

by ☐ each, ☐ any of the following methods selected by the Court:

☐ fax, ☐ overnight mail, ☐ regular mail, ☐ email, ☐ hand delivery.

4. Service must be made:

☐ on the same day as the date of this order, or

☒ within __1__ day(s) of the date of this Order.

5. Notice by telephone:

☐ is not required

☒ must be provided to _All Creditors and trustee_____

☐ on the same day as the date of this Order, or

☒ within __1__ day(s) of the date of this Order.

2

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to the motion/application identified above:

☐ must be filed with the Court and served on all parties in interest by electronic or overnight mail _____ day(s) prior to the scheduled hearing; or

☒ may be presented orally at the hearing.

8.  ☒ Court appearances are required to prosecute the motion/application and any objections.

☐ Parties may request to appear by phone by contacting Chambers prior to the return date.

*rev.2/1/16*