UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Order Filed on February 28, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Dawan Harley

Case No.:     17-35913-CMG

Hearing Date:    

Judge:     Christine M. Gravelle

## ORDER VACATING FINAL DECREE

The relief set forth on the following page, numbered two (2) is hereby **ORDERED**.

**DATED: February 28, 2019**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

SO 12

**(Page 2)**
Debtor:     Dawan Harley
Case No:    17-35913-CMG
Caption of Order:  ORDER VACATING FINAL DECREE

---

The Court having determined that the final decree was entered prematurely in this case on _____2/27/19_____ and should be vacated for the reason stated below:

- ❏ Debtor has not yet been discharged
- ❏ Adversary Proceeding number _____ is pending
- ☑ Other: __Closed Prematurely__

IT IS ORDERED that said final decree is vacated.

**CERTIFICATE OF MAILING**

I HEREBY CERTIFY that on _____February 28_____, 20 _19_, a copy of the foregoing Order was served on each of the following:
Debtor, Debtor's Attorney and Trustee

JAMES J. WALDRON, Clerk