UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Order Filed on February 28, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| | |
|---|---|
| In Re:<br><br>Dawan Harley | Case No.: _____17-35913-CMG_____<br><br>Hearing Date: _____<br><br>Judge: _____Christine M. Gravelle_____ |

## ORDER VACATING FINAL DECREE

The relief set forth on the following page, numbered two (2) is hereby **ORDERED**.

**DATED: February 28, 2019**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

SO 12

**(Page 2)**
Debtor:     Dawan Harley
Case No:    17-35913-CMG
Caption of Order:  ORDER VACATING FINAL DECREE

The Court having determined that the final decree was entered prematurely in this case on ___2/27/19___ and should be vacated for the reason stated below:

☐ Debtor has not yet been discharged

☐ Adversary Proceeding number _____ is pending

☒ Other: __Closed Prematurely__

IT IS ORDERED that said final decree is vacated.

**CERTIFICATE OF MAILING**

I HEREBY CERTIFY that on ___February 28___, 20 _19_, a copy of the foregoing Order was served on each of the following:
Debtor, Debtor's Attorney and Trustee

JAMES J. WALDRON, Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 17-35913-CMG
Dawan Harley                                                          Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3           User: admin              Page 1 of 1              Date Rcvd: Feb 28, 2019
                               Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 02, 2019.
db             #+Dawan Harley,    630 Front Street,    Union Beach, NJ 07735-2835

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 02, 2019                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 28, 2019 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    MIDFIRST BANK dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    MidFirst Bank dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Rebecca Ann Solarz    on behalf of Creditor    MIDFIRST BANK rsolarz@kmllawgroup.com
              Robert P. Saltzman    on behalf of Creditor    LNV Corporation dnj@pbslaw.org
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              Yakov  Rudikh    on behalf of Debtor Dawan   Harley yrudikh@gmail.com,
               rudikhlawgroup@gmail.com;mrudikh@gmail.com;zk1313@gmail.com;R61945@notify.bestcase.com
                                                                                             TOTAL: 7