UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Yan Rudikh, Esq.
Rudikh and Associates, LLC
223 Route 18 South
Suite 204
East Brunswick, NJ 08816
732-659-6961
732-520-6422

Order Filed on March 8, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Dawan Harley

Case No.:    17-35913-CMG

Hearing Date:    03/06/2019 @ 9:00

Chapter:    13

Judge:    Christine M. Gravelle

## ORDER AUTHORIZING
## SALE OF REAL PROPERTY

Recommended Local Form:    ☒ Followed    ☐ Modified

The relief set forth on the following pages numbered two (2) and three (3) is **ORDERED**.

**DATED: March 8, 2019**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

After review of the Debtor's motion for authorization to sell the real property commonly known as _____ 630 Front St, Union Beach, NJ 07735 _____, New Jersey (the Real Property).

**IT IS** hereby **ORDERED** as follows:

1. The Debtor is authorized to sell the Real Property on the terms and conditions of the contract of sale pursuant to 11 U.S.C. §§ 363(b) and 1303.

2. The proceeds of sale must be used to satisfy the liens on the real property unless the liens are otherwise avoided by court order. Until such satisfaction the real property is not free and clear of liens.

3. ☒   In accordance with D.N.J. LBR 6004-5, the *Notice of Proposed Private Sale* included a request to pay the real estate broker and/or debtor's real estate attorney at closing. Therefore the following professional(s) may be paid at closing.

| | |
|---|---|
| Name of professional: | C. Tiffanie Eagan, Esq; RE/MAX Imperial; RE/MAX 1st Advantage |
| Amount to be paid: | $1200.00 ; $7700.00; $7500.00 ; Total of $16400.00 |
| Services rendered: | Real Estate process of the Property |

**OR**: ☒  Sufficient funds may be held in escrow by the Debtor's attorney to pay real estate broker's commissions and attorney's fees for the Debtor's attorneys on further order of this court.

4. Other closing fees payable by the Debtor may be satisfied from the proceeds of sale and adjustments to the price as provided for in the contract of sale may be made at closing.

5. The amount of $   23,675.00    claimed as exempt may be paid to the Debtor.

6. The ☒ *balance of proceeds* or the ☐ *balance due on the debtor's Chapter 13 Plan* must be paid to the Chapter 13 Trustee in the Debtor's case.

7. A copy of the HUD settlement statement must be forwarded to the Chapter 13 Trustee 7 days after closing.

8. ☒ The debtor must file a modified Chapter 13 Plan not later than 21 days after the date of this order.

9. Other provisions: ```
After payment of mortgage payoff of  $190,861.03, debtor
will pay 4% commission rate,Real Estate fee and professional
costs disclosed in the Notice of Settlement, the remaining
funds will be held in escrow until the Trustee authorizes
release of the remaining funds.
```

*rev.8/1/15*