Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17−35913−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Dawan Harley
   630 Front Street
   Union Beach, NJ 07735

Social Security No.:
   xxx−xx−7124

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

     Please be advised that on March 15, 2019, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 43 − 33
Order Granting Application to Employ RE/Max 1st Advantage as Realtor (Related Doc # 33). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 3/15/2019. (bwj)

     Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: March 15, 2019
JAN: bwj

                                                                              Jeanne Naughton
                                                                              Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Dawan Harley  
    Debtor

Case No. 17-35913-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Mar 15, 2019  
                    Form ID: orderntc     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 17, 2019.  
r         +Re/Max 1st Advantage,   170 Inman Avenue,   Colonia, NJ 07067-1822

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 17, 2019                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 15, 2019 at the address(es) listed below:  
        Albert  Russo   docs@russotrustee.com  
        Denise E. Carlon   on behalf of Creditor   MIDFIRST BANK dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Denise E. Carlon   on behalf of Creditor   MidFirst Bank dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Rebecca Ann Solarz   on behalf of Creditor   MIDFIRST BANK rsolarz@kmllawgroup.com  
        Robert P. Saltzman   on behalf of Creditor   LNV Corporation dnj@pbslaw.org  
        U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov  
        Yakov  Rudikh   on behalf of Debtor Dawan  Harley yrudikh@gmail.com, rudikhlawgroup@gmail.com;mrudikh@gmail.com;zk1313@gmail.com;R61945@notify.bestcase.com  
                                                                                                                      TOTAL: 7